# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Anthony Romanazzi | CASE NUMBER: 07-mj-00203-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

Dated: 5 June 2009          /s/ Dennis L. Beck
                            U.S. Magistrate Judge